```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 17695
   MILTON GRIGGS
   ARTINICE GRIGGS                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-3896    SSN XXX-XX-1386

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/05/2004 and was confirmed 06/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.10% from remaining funds.

     The case was dismissed after confirmation 01/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
WELLS FARGO MORTGAGE       CURRENT MORTG          .00          .00           .00
WELLS FARGO MORTGAGE       MORTGAGE ARRE     11355.31          .00      11355.31
NATIONWIDE CASSEL          UNSECURED          3847.82          .00        427.24
WELLS FARGO BANK           NOTICE ONLY       NOT FILED         .00           .00
A PLUS AUTO                UNSECURED         NOT FILED         .00           .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED         .00           .00
AMERITECH                  UNSECURED         NOT FILED         .00           .00
AT&T BROADBAND             UNSECURED         NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED         .00           .00
NATIONWIDE CREDIT INC      UNSECURED         NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED           553.95          .00         43.06
CAPITAL ONE BANK           UNSECURED           632.64          .00         49.18
CAPITAL ONE BANK           UNSECURED           977.02          .00         97.90
CBUSA SEARS                UNSECURED         NOT FILED         .00           .00
CENTRAL FURNITURE          UNSECURED           540.44          .00         42.01
CITY OF CHICAGO WATER DE   UNSECURED          2945.40          .00        327.04
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00           .00
ELK GROVE VILLAGE          UNSECURED         NOT FILED         .00           .00
RMR & ASSOC                UNSECURED         NOT FILED         .00           .00
FCNB                       UNSECURED         NOT FILED         .00           .00
HHLD BANK                  UNSECURED         NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           898.86          .00         90.07
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00          .00           .00
PROVIDIAN BANCORP          UNSECURED         NOT FILED         .00           .00
SBC AMERITECH              UNSECURED         NOT FILED         .00           .00
SOUTH SHORE HOSPITAL       UNSECURED         NOT FILED         .00           .00
UNION CR NB                UNSECURED         NOT FILED         .00           .00
US DEPT OF EDUCATION       UNSECURED         29601.32          .00       3286.76
USA SERVICES               UNSECURED         NOT FILED         .00           .00
NATIONWIDE COMMERCIAL LP   NOTICE ONLY       NOT FILED         .00           .00
UNITED STUDENT AID FUNDS   UNSECURED          3493.87          .00        387.94

                   PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 17695 MILTON GRIGGS & ARTINICE GRIGGS
```

```
LEGAL ASSISTANCE FOUNDAT DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                        873.81
DEBTOR REFUND            REFUND                                          41.68

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      17,022.00

PRIORITY                                                     .00
SECURED                                                11,355.31
UNSECURED                                               4,751.20
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                      873.81
DEBTOR REFUND                                              41.68
                            ---------------        ---------------
TOTALS                       17,022.00                 17,022.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 04/23/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE